June 12, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ERIC NORRIS, Appellant

NO. 14-13-00431-CV                    V.

TRIUMPH HOSPITAL OF EAST HOUSTON, L.P., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Triumph Hospital of East Houston, L.P., signed December 12, 2012, was heard on the transcript of the record. The record shows that the trial court lacked subject matter jurisdiction. We therefore **VACATE** the trial court's order and **DISMISS** this appeal.

We order appellant, Eric Norris, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.